```
         FILED          RECEIVED
         ENTERED        SERVED ON
                  COUNSEL/PARTIES OF RECORD

              OCT 2 0 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
      BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-CR-016-ECR (RAM) |
| ) | |
| JEREMIAH JAMES HIGLEY, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On June 15, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant JEREMIAH JAMES HIGLEY to a criminal offense, forfeiting specific property alleged in the Superseding Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JEREMIAH JAMES HIGLEY pled guilty. Docket #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 20, 2011, through July 19, 2011, further notifying all third parties of their right to petition the Court. #27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1 | This Court finds no petitions are pending with regard to the assets named herein and the time
2 | for presenting such petitions has expired.

3 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4 | title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5 | United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6 | 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
7 | 853(n)(7) and shall be disposed of according to law:

8 |     1.     Two Sandisk Thumb Drives;
9 |     2.     Dell Laptop Computer, Serial Number 19038836773;
10 |     3.     E-Machine Desktop, Serial Number QAW4A20202914;
11 |     4.     Sony Black Tower, Serial Number, 3016847 and attachments; and
12 |     5.     any book, magazine, periodical, film, videotape, or other matter which
13 | contains any such visual depiction, which was produced, transported, mailed,
14 | shipped, or received in violation of Title 18, United States Code, Section
15 | 2252A(a)(5)(B) ("property").

16 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
17 | funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
18 | as any income derived as a result of the United States of America's management of any property
19 | forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
20 | according to law.

21 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22 | certified copies to the United States Attorney's Office.

23 | DATED this __20__ day of __OCT__, 2011.

24 |
25 | _Edward C. Reed_
      UNITED STATES DISTRICT JUDGE
26 |